IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MAGDALENA CASTRO BENITEZ,

Defendant.

4:18-CR-3088

ORDER

IT IS ORDERED that:

1.   The Joint Motion to Continue Sentencing (filing 506) is granted.

2.   Defendant Magdalena Castro Benitez's sentencing is continued to August 7, 2019, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of April, 2019.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
Chief United States District Judge